In the Matter of J. Edward Conway et al., Constituting the New York State Civil Service Commission, Respondents, against James J. Kaney et al., Appellants.

Submitted October 4, 1948; decided November 24, 1948.

*Leonard N. Lakser* for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Emil L. Cohen* of counsel), opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.